```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3019 |
| | ) | |
| V. | ) | |
| | ) | |
| CHRISTOPHER G. DIGIORGIO, | ) | ORDER |
| DOMINICK C. DIGIORGIO, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

1. The government's unopposed motion to continue the hearing on defendants' motions to suppress, filing 23, is granted.

2. The evidentiary hearing on defendants' motions to suppress, filings 18 and 20, will be held before the undersigned on May 6, 2008 beginning at 2:30 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska.

3. The defendants, defendants' counsel, and counsel for the government shall be present at this hearing.

DATED this 3rd day of April, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge