```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3019 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| CHRISTOPHER G. DIGIORGIO and | ) | |
| DOMINICK C. DIGIORGIO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED,

Plaintiff's motion to set this matter for trial, filing 48, is granted, and

1. Trial is set for 9:00 a.m., September 22, 2008, before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

2. The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between August 20, 2008 and September 22, 2008 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

Dated August 20, 2008.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge