IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3019-1 |
| | ) | |
| V. | ) | |
| | ) | |
| CHRISTOPHER G. DIGIORGIO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the plaintiff's motion for dismissal (filing 65) is granted.

September 18, 2008.   BY THE COURT:

*S/Richard G. Kopf*
United States District Judge